UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael E. Quinn, | ) |
| | ) |
| Plaintiff, | )  CIVIL ACTION NO. |
| | )  05-10313 RCL |
| vs. | ) |
| | ) |
| Home Depot U.S.A., Inc., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Michael E. Quinn, by his attorney, and respectfully submits herein his returns of service of process in the above action.

Respectfully submitted,
Michael E. Quinn
By his attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Michael E. Quinn

V.

Home Depot U.S.A., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-10313 RCL**

TO: (Name and address of Defendant)

> Any Officer, Managing or General Agent
> Home Depot U.S.A., Inc.
> 2455 Paces Ferry Road
> Atlanta, GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Paul F. Wood, Esquire
> Law Office of Paul F. Wood, P.C.
> 45 Bowdoin Street
> Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE  2-15-05

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X S. Barton    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): S. Barton    C. Date of Delivery |
| 1. Article Addressed to:<br>Any Office, General or Managing Agent<br>Home Depot U.S.A., Inc.<br>2455 Paces Ferry Road<br>Atlanta, GA 30339 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0000 1893 9631 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



# Track & Confirm

**Shipment Details**

You entered 7003 0500 0000 1593 9631

Your item was delivered at 11:33 am on February 19, 2005 in ATLANTA, GA 30339.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 19, 2005, 8:51 am, ATLANTA, GA 30339
- ACCEPTANCE, February 16, 2005, 3:44 pm, BOSTON, MA 02114

**Notification Options**

▸ Track & Confirm by email    What is this?    Go >

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

FILED
CLERKS OFFICE
2005 MAR -7 P 2:58
DISTRICT COURT
OF MASS