UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL E. QUINN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, U.S.A., INC.,<br><br>    Defendant. | Civil Action No. 05-10313RCL |

### DEFENDANT HOME DEPOT'S ASSENTED TO
### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Home Depot, U.S.A., Inc. ("Home Depot"), pursuant to Fed. R. Civ. P. 6(b), moves for an extension of time, through and including Thursday, March 31, 2005, within which to respond to Plaintiff's Complaint. The grounds for this motion are as set forth below:

1. Plaintiff selected service by certified mail as the means to serve a copy of the Complaint on Defendant, Home Depot. The envelope containing the copy of the Complaint was addressed simply to "any officer, general or managing agent."

2. A copy of the certified letter enclosing a copy of the Complaint was received by Home Depot on February 19, 2005 and appears to have been signed for by a member of Home Depot's mailroom staff.

3. The copy of the Complaint did not get delivered to Home Depot's legal department until March 11, 2005. Immediately upon receiving it, Home Depot retained

Morgan, Brown & Joy as counsel and forwarded it to Morgan, Brown & Joy in order for a response to the Complaint to be prepared and filed.

4.  Due to the press of litigation, Home Depot needs and requests until Thursday, March 31, 2005 to respond to the Complaint.

5.  Defense counsel has contacted Plaintiff's counsel regarding an extension of time through March 31, 2005 to file a responsive pleading and Plaintiff's counsel has graciously consented to the requested extension.

6.  Under Fed. R. Civ. P. 6(b), the Court, in its discretion, may enlarge the period for taking required or allowed action. Under the rule, reasonable enlargements of time when requested at the appropriate time are liberally granted, especially when no prejudice will be suffered.

WHEREFORE, Defendant Home Depot respectfully moves for an extension of time through and including Thursday, March 31, 2005, within which to serve a response to the Complaint.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.,

By its attorneys,

 /s/ Leah M. Moore
Allison K. Romantz (BBO # 554909)
Leah M. Moore (BBO # 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617 523-6666 (phone)
617-367-3125 (fax)

Date:   March 18, 2005

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document was electronically served upon Plaintiff's counsel of record, Paul Wood, Esq., Law Office of Paul F. Wood, P.C., 45 Bowdoin Street, Boston, MA 02114 on this 18th day of March, 2005.

                                                 __/s/ Leah M. Moore_____
                                                 Leah Moore