UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL E. QUINN,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**THE HOME DEPOT, U.S.A., INC.,**<br><br>      **Defendant.** | Civil Action No. 05-10313RCL |

**DEFENDANT HOME DEPOT U.S.A., INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1(A) and Local Rule 7.3(A), the Defendant Home Depot U.S.A., Inc. hereby certifies that the ultimate parent company of Home Depot U.S.A., Inc. is "The Home Depot, Inc.," a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

                Respectfully submitted,

                HOME DEPOT, U.S.A., INC.,

                By its attorneys,

                /s/ Leah M. Moore
                Allison K. Romantz (BBO # 554909)
                Leah M. Moore (BBO # 658217)
                MORGAN, BROWN & JOY, LLP
                200 State Street
                Boston, MA 02109
                617 523-6666 (phone)
                617-367-3125 (fax)

Date:   March 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail upon Plaintiff's counsel of record, Paul Wood, Esq., Law Office of Paul F. Wood, P.C., 45 Bowdoin Street, Boston, MA 02114 on this 18th day of March, 2005.

                                             /s/ Leah M. Moore
                                             Leah Moore