IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL E. QUINN,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

Civil Action No. 05-10313 RCL

**JOINT SCHEDULING STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order of April 6, 2005, Michael Quinn ("Plaintiff") and Home Depot U.S.A., Inc. ("Defendant") (together, the "Parties"), hereby submit their proposed Joint Scheduling Statement in the above-captioned action.

**A.   JOINDER OF PARTIES OR AMENDMENTS TO PLEADINGS**

The Parties propose that all motions seeking to amend the pleadings or add parties will be filed 30 days after the date of the scheduling conference.

**B.   JOINT DISCOVERY PLAN**

    **1.   Automatic Disclosure**

The Plaintiff and Defendants will serve their automatic disclosure by June 1, 2005.

    **2.   Depositions**

Pursuant to Local Rule 26.1(C), the Parties will be limited to ten (10) depositions for each side, not including expert depositions or third-party keeper of the records depositions. The

parties agree to comply with the time limits imposed on depositions pursuant to the revision to Fed.R.Civ.P. 30.

    **3.**     **Expert Depositions**

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with applicable rules. The Parties propose that Plaintiff will designate all experts, if any, that he intends to use by September 1, 2005 and that Defendants will designate all experts, if any, that it intends to use by October 1, 2005. Each Party will provide expert reports at the time the Party designates its expert witness as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Expert discovery will be complete on November 1, 2005.

    **4.**     **Written Discovery**

The Parties propose to comply with the discovery event limitations set forth in Local Rule 26.1(C).

**C.**     **PRE-TRIAL SCHEDULE**

The Parties have agreed to the following pre-trial schedule:

1. All fact discovery completed by September 1, 2005.
2. All non-dispositive and discovery motions to be filed by October 1, 2005.
3. All Fed. R. Civ. P. Rule 56 motions and/or other dispositive motions to be filed by December 1, 2005 with oppositions to be filed within twenty-one days thereafter.
4. A Pre-Trial Conference to be held thirty (30) days after a decision on any Rule 56 motion.

**D.    MODIFICATION**

Pursuant to Local Rule 16.1(G), the provisions of this scheduling order can be modified by order of the judge, or the magistrate judge if so authorized by the judge, upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record.

**E.    SETTLEMENT DEMAND**

Pursuant to Local Rule 16(c), the parties state that Plaintiff Michael Quinn will serve a written settlement proposal upon Defendant's counsel prior to the date of the scheduling conference.  Defense counsel will then communicate Plaintiff's settlement proposal to Defendants and will be prepared to respond to the proposal at the scheduling conference.

**F.    MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), the parties do not agree to proceed before a Magistrate Judge on any matter in this action.

**G.    CERTIFICATIONS**

The Parties' certifications will be filed separately.

Respectfully submitted,

| MICHAEL QUINN | HOME DEPOT U.S.A., INC. |
|---|---|
| By his attorney, | By its attorneys, |
| s/ Paul F. Wood | s/Leah M. Moore |
| Paul F. Wood (BBO# 565195) | Robert P. Joy (BBO# 254820) |
| Law Offices of Paul F. Wood, P.C. | Allison K. Romantz (BBO# 554909) |
| 45 Bowdoin Street | Leah M. Moore (BBO # 658217) |
| Boston, MA 02114 | MORGAN, BROWN & JOY, LLP |
| 617-532-2666 | 200 State Street |
|  | Boston, MA 02109 |
|  | (617) 523-6666 |

Dated:      May 5, 2005