UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael E. Quinn, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10313 RCL |
| vs. ) | |
| ) | |
| Home Depot U.S.A., Inc., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _[signature]_  04-26-05
Michael E. Quinn          Date

By: _[signature]_  4/25/05
Paul F. Wood, BBO No. 565195    Date
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, Massachusetts 02114
(617) 532-2666