UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY -9 P 3: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

MICHAEL QUINN,

       Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

       Defendant.

C.A. No. 05 CV 10313 (RCL)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Defendant Home Depot U.S.A., Inc. ("Home Depot") and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Home Depot and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Home Depot will be prepared to respond to whether it will agree to attempt to resolve this litigation by an alternative dispute resolution program at the Joint Scheduling Conference.

2

Respectfully submitted,

HOME DEPOT U.S.A., INC.

2455 Paces Ferry Road, NW
Atlanta, GA 30339

Derek Bottoms, Esq.
Director – Labor & Employment Law


Robert P. Joy (BBO No. 254820)
Allison K. Romantz (BBO No. 554909)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
617-523-6666 (phone)
617-367-3125 (fax)

Dated: May 6, 2005