UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL E. QUINN,**<br>    **Plaintiff,**<br><br>        v.<br><br>**HOME DEPOT, U.S.A., INC.,**<br>    **Defendant.** | **Docket No. 05-10313RCL** |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

NOW COMES Plaintiff Michael Quinn and Defendant Home Depot, U.S.A., by and through their counsel of record, and files with the Court a Joint Motion seeking modification of the May 19, 2005 Scheduling Order by extending the discovery period for and date for filing dispositive motions by 60 days, showing the Court the following reasons why the motion should be granted:

1. On May 19, 2005, the Court orally established a scheduling order setting September 1, 2005 for the completion of all discovery and December 1, 2005 as the date for the filing of any motion, including dispositive motions.

2. Shortly after the entry of the Scheduling Order and continuing until the present, the parties exchanged and responded to written discovery.

3. The parties are now preparing to take depositions. Due to the work and vacation schedules of both counsel, it is not going to be possible to

schedule depositions until September.

4. The parties believe that they should be able to finish all depositions by October 31, 2005 and file any dispositive motions 60 days thereafter.

WHEREFORE, for good cause shown above, the parties respectfully ask the Court to modify the scheduling order by extending discovery and the deadline for filing dispositive motions for an additional 60 days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MICHAEL QUINN, | HOME DEPOT, U.S.A., INC. |
| By his attorney | By its attorneys, |
| ___/s/ Paul F. Wood_____ | _/s/Allison Romantz_____ |
| Paul F. Wood (BBO# 565195) | Allison Romantz (BBO# 554909) |
| Law Offices of Paul F. Wood, P.C. | MORGAN, BROWN & JOY, LLP |
| 45 Bowdoin Street | 200 State Street |
| Boston, MA 02114 | Boston, MA 02109 |
| 617 532-2666 | 617 523-6666 |