UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael E. Quinn, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10313 RCL |
| vs. ) | |
| ) | |
| Home Depot U.S.A., Inc., ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S *ASSENTED TO* MOTION TO EXTEND REMAINING
DISCOVERY AND OTHER DEADLINES BY FORTY-FIVE (45) DAYS

Now comes the Plaintiff, Michael E. Quinn, by his attorney, and respectfully requests that the discovery and remaining deadlines in the within action be extended by forty-five (45) days. Specifically, Plaintiff requests that (1) All discovery to be completed by **December 16, 2005;** and (2) All motions under Fed.R.Civ.P. 56 to be filed by **February 16, 2006,** with oppositions filed within 21 days thereafter;

As good cause for the allowance of the within motion, Plaintiff respectfully submits that he needs the additional time to complete the depositions of two former employees of the Defendant, Robert Murphy and John Makridakis. Plaintiff had noticed the depositions of these individuals for October 21, 2005 serving subpoenas on both at their last known residences.[1] Unfortunately, neither individual continues to reside at the said addresses.[2]

Undersigned counsel is in the process of locating and serving new deposition subpoenas upon these individuals and rescheduling their depositions. Plaintiff requests this extension only out

---

1 This information was supplied by Defendant in response to Plaintiff's discovery requests and was the last known address for each of these former employees on file with Home Depot.
2 Murphy's subpoena was served via "last and usual abode." Makridakis' subpoena was served upon his father of the same name who appeared at the deposition and was excused.

of necessity and Defendant, who has kindly assented to this motion, will not be prejudiced by the allowance of the same.

WHEREFORE, for the foregoing reasons the Plaintiff, Michael E. Quinn, respectfully requests that the within motion be ALLOWED.

                      Respectfully Submitted,
                      Michael E. Quinn
                      By his attorney,

                      /s/ Paul F. Wood
                      Paul F. Wood, BBO 565195
                      Law Office of Paul F. Wood, P.C.
                      45 Bowdoin Street
                      Boston, MA  02114
                      (617) 532-2666

ASSENTED TO:

/s/ Allison Romantz (pfw w/permission)