UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL E. QUINN,**<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>**HOME DEPOT, U.S.A., INC.,**<br>　　　Defendant. | **Docket No. 05-10313RCL** |

**DEFENDANT HOME DEPOT, U.S.A., INC.'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Fed. R.Civ. P. 56(b), Defendant Home Depot, U.S.A., Inc. ("Home Depot") moves that summary judgment enter in favor of Defendant, and against Plaintiff, on Plaintiff's Complaint.  The grounds for this motion, as set forth in Defendant's Statement of Undisputed Material Facts Submitted in Support of its Motion for Summary Judgment, and Memorandum in Support of Defendant's Motion for Summary Judgment, both submitted herewith, are that there are no genuine issues of disputed, material fact, and that Defendant Home Depot is entitled to judgment as a matter of law.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HOME DEPOT, U.S.A., INC.,

　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　/s/ Allison Romantz
　　　　　　　　　　　　　　　　　Allison K. Romantz (BBO#554909)
　　　　　　　　　　　　　　　　　MORGAN, BROWN & JOY LLP
　　　　　　　　　　　　　　　　　200 State Street
　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　(617) 523-6666

2

## RULE 7.1(A)(2) CERTIFICATION

      I hereby certify that pursuant to Local Rule 7.1(A)(2) that on February 14, 2006, I have conferred with counsel for the plaintiff, Paul F. Wood, Esq., Law Office of Paul F. Wood, 45 Bowdoin Street, Boston, MA 02114 to attempt in good faith to resolve or narrow the issues contained in this motion, but have been unsuccessful in doing so.

                                  /s/ Allison Romantz  
                                  Allison K. Romantz

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2006.

                                  /s/ Allison K. Romantz  
                                  Allison K. Romantz