UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michael E. Quinn, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-10313 RCL |
| vs. | ) | |
| | ) | |
| Home Depot U.S.A., Inc., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S *ASSENTED TO* MOTION FOR A BRIEF TWO-WEEK EXTENSION
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JDUGMENT

Now comes the Plaintiff, Michael E. Quinn, by his attorney, and respectfully requests, *on an assented to basis,* a brief two-week extension, to and including **March 23, 2006**, to file his opposition to the Defendant's motion for summary judgment. The said opposition is otherwise due to be filed on or before March 9, 2006.

As good cause for the allowance of the within motion, Plaintiff respectfully submits that he needs the additional time to adequately prepare his opposition and that his undersigned counsel, a sole practitioner, has been under several court-imposed deadlines in other matters. The allowance of the within motion will not unduly prejudice the Defendant, who has kindly assented to the same, and will not negatively affect any remaining deadlines in this action.

WHEREFORE, for the foregoing reasons the Plaintiff, Michael E. Quinn, respectfully requests that the within motion be ALLOWED.

        Respectfully Submitted,
        Michael E. Quinn
        By his attorney,

        /s/ Paul F. Wood
        Paul F. Wood, BBO 565195
        Law Office of Paul F. Wood, P.C.
        45 Bowdoin Street
        Boston, MA  02114
        (617) 532-2666

ASSENTED TO:

/s/ Allison Romantz (pfw w/permission)