UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael E. Quinn,           ) | |
| )                           | |
| Plaintiff,          )       | CIVIL ACTION NO. |
| )                           | 05-10313 RCL |
| vs.                  )      | |
| )                           | |
| Home Depot U.S.A., Inc.,  ) | |
| )                           | |
| Defendant.      )           | |

**PLAINTIFF'S MOTION FOR A BRIEF *THREE BUSINESS DAY* EXTENSION
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JDUGMENT**

Now comes the Plaintiff, Michael E. Quinn, by his attorney, and respectfully requests, *on an assented to basis,* a brief three business day extension, to and including **March 28, 2006**, to file his opposition to the Defendant's motion for summary judgment. The said opposition is otherwise due to be filed on or before March 23, 2006.

As good cause for the allowance of the within motion, Plaintiff respectfully submits that he needs the additional time to adequately prepare his opposition and that his undersigned counsel, a sole practitioner, has been under several court-imposed deadlines in other matters. Undersigned counsel additionally submits that he is in active settlement negotiations with Defendant's counsel which may obviate the need for the filing of the said opposition.

The allowance of the within motion will not unduly prejudice the Defendant, nor will it negatively affect any remaining deadlines in this action.

WHEREFORE, for the foregoing reasons the Plaintiff, Michael E. Quinn, respectfully requests that the within motion be <u>ALLOWED.</u>

Respectfully Submitted,<br>
Michael E. Quinn<br>
By his attorney,<br>
<br>
/s/ Paul F. Wood_____<br>
Paul F. Wood, BBO 565195<br>
Law Office of Paul F. Wood, P.C.<br>
45 Bowdoin Street<br>
Boston, MA  02114<br>
(617) 532-2666

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel hereby certifies, pursuant to Local Rules 7.1, that on March 23, 2006 he attempted to confer with counsel for the Defendant in a good faith attempt to narrow or resolve the issues raised by the within Motion, but was unsuccessful.

/s/ Paul F. Wood_____

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Paul F. Wood_____